# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHARIKA M. WASHINGTON,

   Plaintiff,

v.                                          Case No. 8:21-cv-798-KKM-AAS

SUTTON BANK, an Ohio corporation,

   Defendant.

_____/

## ORDER

Upon review of Plaintiff's Motion to Reinstate Default (Doc. 13), the motion is **DENIED in part and GRANTED in part**. In setting aside the clerk's entry of default, the Court found good cause to vacate the clerk's entry of default, and Plaintiff has not demonstrated any resulting prejudice. *See Sherrard v. Macy's Sys. & Tech. Inc.*, 724 F. App'x 736, 738 (11th Cir. 2018) ("The inquiry, however, is 'whether prejudice results from the *delay*, not from having to continue to litigate the case.'"). Therefore the Court will not reinstate the default. Nonetheless, the Court grants Plaintiff's request for an award of reasonable attorneys' fees for the time incurred in drafting the Motion for Entry of Clerk's Default and Motion for Entry of Default Judgment. Plaintiff is directed to file documentation supporting the requested attorneys' fees no later than **May 21, 2021**. Defendant may file any objection no later than **May 26, 2021**.

**ORDERED** in Tampa, Florida, on May 14, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge